**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| CHANTEL JOHNSON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. JKB-23-1824 |
| ACHIKE ORANYE, et al. | * | |
| Defendants. | *** | |

**ORDER**

On July 13, 2023, the Court issued an order granting plaintiff Johnson 28 days to file a notice of dismissal in her case, and advised Johnson that if she failed to do so, all filed documents would be unsealed. ECF No. 5. The Order was mailed on July 13, 2023, to Johnson at the address she provided to the Court. ECF No. 5. On July 14, 2023 and July 19, 2023, Johnson filed three motions with the Court, none of which contained her mailing address. On July 31, 2023, the order mailed to Johnson on July 13, 2023, was returned to the court marked "RETURN TO SENDER VACANT UNABLE TO FORWARD." ECF No. 9.

Pursuant to local rules, all parties have an affirmative duty to inform this Court of any change of address during the pendency of their actions. *See* Local Rule 102.1.b.iii. (D. Md. 2023). Further, all documents filed with the Court must include the mailing address of the party filing the document. *See* Rule 11(a) of Federal Rules of Civil Procedure; Local Rule 102.1(b)(i) (D. Md. 2023). Johnson has failed to provide the Court with an address where she may be reached. Consequently, the instant complaint shall be dismissed without prejudice.

Accordingly, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Johnson's Motion to Proceed In Forma Pauperis (ECF No. 2) IS DENIED;

2. Johnson's Motion Requesting a Hearing (ECF No. 6) IS DENIED;

3. Johnson's Motion Requesting Counsel (ECF No. 7) IS DENIED;

4. Johnson's Motion to File Criminal Charges (ECF No. 8) IS DENIED;

5. The Complaint IS DISMISSED WITHOUT PREJUDICE;

6. The Clerk IS DIRECTED to unseal the case and all documents;

7. The Clerk SHALL SEND a copy of this Order to Johnson at her last known address; and

8. The Clerk IS FURTHER DIRECTED to CLOSE this case.

Dated this 4 day of Oct., 2023.

FOR THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge